NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**UBANK,**
*Appellant*

**v.**

**UBANK (TN),**
*Appellee*

**COKE MORGAN STEWART, Acting Under Secretary of Commerce for Intellectual Property and Acting Director of the United States Patent and Trademark Office,**
*Intervenor*

_____

2024-2014

_____

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92078890.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                          UBANK v. UBANK (TN)

(2)  Each side shall bear their own costs.

FOR THE COURT

July 7, 2025
        Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 7, 2025